UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TAMICA THOMPSON )<br>        Plaintiff, )<br>v. )<br> )<br>AT&T CORPORATION )<br>        Defendant. ) | **JUDGMENT**<br>No. 5:22-CV-472-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 9, 2023, that this case is dismissed for failure to prosecute.

**This Judgment Filed and Entered on February 8, 2023, and Copies To:**
Tamica Thompson (via US mail) 1145 Rutledge Landing Dr, Knightdale, NC 27545

February 8, 2023                PETER A. MOORE, JR. CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk